IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 18 AM 9:51

| | |
|---|---|
| GILBERT LEVERNE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2884-BP |
| ) | JURY TRIAL DEMANDED |
| ) | |
| SHELBY GROUP ) | |
| INTERNATIONAL, INC. ) | |
| a Tennessee Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Having considered the motion and statements of counsel for the parties and the entire record in this cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

The Parties' motion is well-taken and should be granted. Specific dates amended are as follows:

1. Plaintiff's response to Defendant's Motion for Partial Dismissal will be due May 31, 2005.

Date: 5/18/05

FEDERAL MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02884 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT