IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2  AM 8: 55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

GILBERT LEVERNE, JR.,

     Plaintiff,

v.

                       No. 04-2884 B

SHELBY GROUP INTERNATIONAL, INC.,

     Defendant.

---

ORDER TO SHOW CAUSE WHY MOTION OF DEFENDANT
FOR PARTIAL DISMISSAL SHOULD NOT BE GRANTED

---

     This lawsuit was initially brought by the Plaintiff, Gilbert LeVerne, Jr., in the Circuit Court of Shelby County and was removed to this Court on November 2, 2004. On April 14, 2005, the Defendant, Shelby Group International, Inc., moved for partial dismissal. On May 17, 2005, the Court granted the request of the Plaintiff, who is represented by counsel, to extend the time for response, directing that such response be filed by May 31, 2005. According to the Court's docket, no response has been filed. Consequently, the Plaintiff is hereby ORDERED, within fifteen (15) days of the entry hereof, to show cause why the motion for partial dismissal should not be granted. Failure of the Plaintiff to respond in a timely manner to this order may result in the granting of the motion.

     IT IS SO ORDERED this 2 day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02884 was distributed by fax, mail, or direct printing on June 2, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT