IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| GILBERT LEVERNE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>04-2884-B/P</u> |
| | ) | |
| SHELBY GROUP INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

Before the court is defendant's Motion to Compel Discovery, filed on June 10, 2005 (dkt #14). Local Rule 7.2(a)(2) requires that

> The response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

The plaintiff has not filed a response to the motion to compel, and the time to respond has passed. Therefore, the motion to compel is GRANTED. The plaintiff shall provide the defendant with his initial disclosures and responses to defendant's First Set of Interrogatories and Defendant's First Set of Request

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05

(18)

for Production of Documents and Things within eleven (11) days from the date of this order.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

July 6, 2005
Date

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02884 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT