IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 22 PM 2: 37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GILBERT LEVERNE, JR., <br><br> Plaintiff, <br><br> v. <br><br> SHELBY GROUP INTERNATIONAL, INC. <br> a Tennessee Corporation, <br><br> Defendant. | No. 04-2884-BP <br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Having considered the motion and statements of counsel for the Parties and the entire record in this cause:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, as follows:

The Parties' motion is well-taken and should be granted. Specific dates amended are as follows:

1. Plaintiff's responses to Defendant's discovery will be due August 1, 2005.

Date: July 22, 2005

_____
FEDERAL (MAGISTRATE) JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-25-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02884 was distributed by fax, mail, or direct printing on July 25, 2005 to the parties listed.

---

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT