IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GILBERT LEVERNE, JR., | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2884 B/P |
| SHELBY GROUP INTERNATIONAL, INC., A Tennessee Corporation, | ) |
| Defendant. | ) |

### ORDER GRANTING JOINT MOTION TO EXTEND SCHEDULING ORDER AND TRIAL DATE

This cause came to be heard on the Joint Motion to Extend Scheduling Order and Trial Date. Based on the facts asserted in the Motion, and the representations of all counsel, and for good cause shown, the Court is of the opinion that this Motion is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Extend Scheduling Order and Trial Date is GRANTED and a Scheduling Conference and trial date shall be set pursuant with further Orders and Notices of this Court.

_____
JUDGE

DATE: November 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  11-10-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02884 was distributed by fax, mail, or direct printing on November 10, 2005 to the parties listed.

---

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT