IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| GILBERT LEVERNE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-2884 B/P |
| ) | |
| SHELBY GROUP INTERNATIONAL, INC., ) | |
| A Tennessee Corporation, ) | |
| ) | |
| Defendant. ) | |

ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR
QUALIFIED PROTECTIVE ORDER
FOR PRODUCTION OF MEDICAL INFORMATION

THIS CAUSE came to be heard upon Defendant's Motion for Qualified Protective Order for the Production of Medical Information. Based on the arguments of counsel and the record as a whole, the Motion is granted in part and denied in part as follows:

1. Counsel for Defendant is authorized to subpoena Plaintiff's medical records relating to his alleged disability and serious health condition. Plaintiff is ordered to execute whatever release(s) necessary that will allow Defendant to obtain such records.

2. Upon receipt of those records from Plaintiff's medical providers, counsel for Defendant is to send those records to Plaintiff's counsel immediately and without reviewing those records.

3. Plaintiff's counsel is to review those medical records, redact whatever potions from those records Plaintiff feels are embarrassing or not relevant to this matter, and within 15 days of receipt of those records from Defendant's counsel, return the records to Defendant's

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-7-05

counsel, minus the redacted material. Plaintiff's counsel is to retain the original medical records.

4. Plaintiff's counsel will keep a log of all redacted material and will send the log of the redacted material to Defendant's counsel along with the above-referenced records.

IT IS SO ORDERED THIS ___6___ day of ___December___, 2005.

_____
MAGISTRATE JUDGE TU M. PHAM

APPROVED FOR ENTRY:

BOWLING & BOWLING

_____
Charles W. Cavagnaro, Jr. (BPR No. 17917)
7936 Players Forest Drive
Memphis, TN 38119
(901) 761-3440
Attorney for Defendant

HERSHBERGER/PRICE, PLLC

_____
John R. Hershberger (BPR No. 21519) /by with permission
239 Adams Avenue
Memphis, TN 38103
(901) 525-5292
Attorney for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02884 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

John R. Hershberger
HERSHBERGER PRICE, PLLC
239 Adams Ave.
Memphis, TN 38103

Charles W. Cavagnaro
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

W. Kerby Bowling
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT